**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Marlene Blanco (?) |
| COURT CASE NUMBER | 3:02CV1299(AVC) |
| DEFENDANT | Officially Nevada Club, et al |
| TYPE OF PROCESS | |
| SERVE — NAME | Company, Corp, or possibly Gen. Man. |
| AT — ADDRESS | 255 N. Virginia St., Reno, NV |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Marlene Blanco
P.O. Box 201800
New Haven, CT 06520

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Please serve General Manager or next in line
IFP granted

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Marlene Blanco
TELEPHONE NUMBER: (203) 401-3667
DATE: 7/24/0(?)

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | DNV MQ 8/21/02  G.L.W. | 7/29/02 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9-10-02    Time: 09 pm

Signature of U.S. Marshal or Deputy: Rose Dusan (?)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: The "Nevada Club" No Longer exists

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)