# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the   23rd   day of December two thousand three,

Present:

> Hon. John M. Walker, Jr.,
> *Chief Judge,*
> Hon. Guido Calabresi,
> Hon. José A. Cabranes,
> *Circuit Judges.*



---

Marlene Stefancin,

> Plaintiff-Appellant,

v.                                                          03-7733

Nevada Club, Fitzgerald's Hotel & Casino, *et al.*,

> Defendants-Appellees.

---

Appellant, *pro se*, moves for "reversal of the district court's decision," appointment of counsel, and an extension of time. Upon due consideration, it is ORDERED that the motions are denied. Appellant has not shown that this appeal has likely merit. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 173 (2d Cir. 1989) (assignment of counsel requires the movant's case to have likely merit). It is further ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by *Deborah Hol*
DEPUTY CLERK

DEC 23

SAOLS

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Oliva M. George*

Oliva M. George, Deputy Clerk

ISSUED AS MANDATE:   SEP 21 2004

D. Conn.
02-cv-1299
Covello, J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the   23rd    day of  December  two thousand three,

Present:

> Hon. John M. Walker, Jr.,
> *Chief Judge,*
> Hon. Guido Calabresi,
> Hon. José A. Cabranes,
> *Circuit Judges.*



---

Marlene Stefancin,

> Plaintiff-Appellant,

v.                                                    03-7733

Nevada Club, Fitzgerald's Hotel & Casino, *et al.,*
> Defendants-Appellees.

---

Appellant, *pro se,* moves for "reversal of the district court's decision," appointment of counsel, and an extension of time.  Upon due consideration, it is ORDERED that the motions are denied.  Appellant has not shown that this appeal has likely merit. *See Cooper v. A. Sargenti Co.,* 877 F.2d 170, 173 (2d Cir. 1989) (assignment of counsel requires the movant's case to have likely merit).  It is further ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By:    *Oliva M. George*

Oliva M. George, Deputy Clerk

DEC 2 3

SAOLS

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE:_____